FILED

2025 AUG -4  AM 10: 31

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | | CASE NUMBER: |
|---|---|---|
| | PLAINTIFF | 2:25-mj-04821 |
| V. | | |
| Chuan Geng | | **REPORT COMMENCING CRIMINAL ACTION** |
| USMS# | DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 8/2/2025 ___ at ___ ☐ AM ☒ PM

   or

   The defendant was arrested in the ___ District of ___ on ___ at ___ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☐ Yes   ☒ No

4. Charges under which defendant has been booked:

   819 (a)(1), (a)(2)(d), b, and  15 C.F.R., Section 736(2)(b)(1) and Supplement #1

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☐ No   ☒ Yes   Language:  Chinese

7. Year of Birth: 1996

8. Defendant has retained counsel:   ☐ No
   ☒ Yes   Name: ___   Phone Number: ___

9. Name of Pretrial Services Officer notified:  Elsa Perez

10. Remarks (if any): ___

11. Name:  Cynthia velasco   (please print)

12. Office Phone Number: 949-251-9001        13. Agency: DOC, OEE

14. Signature: ___                           15. Date: 8/4/2025

CR-64 (09/20)                REPORT COMMENCING CRIMINAL ACTION