FILED
CLERK, U.S. DISTRICT COURT
8/8/25
CENTRAL DISTRICT OF CALIFORNIA
BY: MRV DEPUTY

# UNITED STATES DISTRICT COURT
for the
Central District of California

United States of America
v.
Shiwei Yang
*Defendant*

Case No. 25-MJ-04821

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 8/7/25

Shiwei Yang
*Defendant's signature*

[signature]
*Signature of defendant's attorney*

I have translated this Waiver of Preliminary Hearing to the defendant in the MANDARIN language.

Date: 8/7/2025

[signature]
Signature of Interpreter